# United States Court of Appeals
## For the First Circuit

Nos. 19-2086, 19-2087

RYAN D. BURNETT,

Plaintiff, Appellee,

v.

OCEAN PROPERTIES, LTD.; AMERIPORT, LLC,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on February 2, 2021, is amended as follows:

On Page 12, line 3: Replace "Suero-Algarín " with "Suero-Algarín"